UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:09-cv-324

| | |
|---|---|
| CAROLINA POWER & LIGHT COMPANY d/b/a PROGRESS ENERGY CAROLINAS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ACE American Insurance Company, | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Carolina Power & Light Company d/b/a Progress Energy Carolinas, Inc. and Defendant ACE American Insurance Company hereby stipulate through their counsel to the voluntary dismissal with prejudice of all claims and counterclaims between them in this action. Each party shall bear its own costs.

Jointly submitted this 19th day of August, 2010.

**[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]**

| /s/ K. Alan Parry | /s/ Tracy L. Eggleston |
|---|---|
| K. Alan Parry | Tracy L. Eggleston |
| NC State Bar No. 31343 | teggleston@cozen.com |
| aparry@smithlaw.com | COZEN O'CONNER |
| Kelli A. Ovies | 301 South College Street, Suite 2100 |
| NC State Bar No. 35485 | Charlotte, North Carolina 28202 |
| kovies@smithlaw.com | Telephone: 704-376-3400 |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. | Fax 704-334-3351 |
| 2500 Wachovia Capitol Center | William F. Knowles |
| P.O. Box 2611 | wknowles@cozen.com |
| Raleigh, NC 27602-2611 | Thomas M. Jones |
| Telephone: 919-821-1220 | tjones@cozen.com |
| Facsimile: 919-821-6800 | COZEN O'CONNER |
| | 1201 Third Ave., Suite 5200 |
| *Attorneys For Plaintiff Carolina Power & Light Company d/b/a Progress Energy Carolinas, Inc.* | Seattle, Washington 98101 |
| | Telephone: 206-340-1000 |
| | Facsimile: 206-621-8783 |
| | *Attorneys for Defendant ACE American Insurance Company* |

# CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of August, 2010, I electronically filed the foregoing **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Tracy L. Eggleston, Esq. (teggleston@cozen.com)

William F. Knowles, Esq. (wknowles@cozen.com)

Thomas M. Jones, Esq. (tjones@cozen.com)

/s/ K. Alan Parry
K. Alan Parry
NC State Bar No. 31343
aparry@smithlaw.com
SMITH, ANDERSON, BLOUNT, DORSETT,
  MITCHELL & JERNIGAN, L.L.P.
2500 Wachovia Capitol Center
P.O. Box 2611
Raleigh, NC 27602-2611
919.821.1220
919.821.6800 (fax)

*Attorneys For Plaintiff Carolina Power & Light Company d/b/a Progress Energy Carolinas, Inc.*

# 1726003_1.Doc

3

Case 5:09-cv-00324-FL   Document 38   Filed 08/19/10   Page 3 of 3